**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 13 2011

BATH & BODY WORKS BRAND
MANAGEMENT, INC.,

                    Plaintiff,                          <u>ORDER</u>

        -v-                                             11 CV 1594 (GBD)

SUMMIT ENTERTAINMENT, LLC,

                    Defendant.

GEORGE B. DANIELS, District Judge:

        Defendant's motion to dismiss is DENIED.  Defendant's motion to transfer is

DENIED without prejudice.  The Clerk of the Court is directed to close motion # 5.

Dated: New York, New York
        June 14, 2011

                                SO ORDERED:

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                United States District Judge

1